FILED

2018 JUN 11 AM 11: 56

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____ AJ
DEPUTY

Attachment 2 - EEOC Complaint Form

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
_____AUSTIN_____ **DIVISION**

Margaret Haule
(Name of plaintiff or plaintiffs)

Civil Action Number **A18CV0494 RP**

v.

Move Austin Forward

(Supplied
by Clerk's Office)

(Name of defendant or defendants)

## COMPLAINT

1.  This action is brought by _____Margaret Haule_____, Plaintiff,
    pursuant to the following selected jurisdiction:

### (Please select the applicable jurisdiction)

[ x ]  Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)  Employment
       Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment),
       religion or national origin.

[   ]  The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[   ]  The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[   ]  The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[   ]  The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees
       only).

2.  Defendant  Move Austin Forward  (Defendant's name) lives
    at, or its business is located at  2151 South Lamar
    (street address), _____Austin_____ (city), __Texas__
    (state), ____78704____ (zip).

28

Rev. Ed. October 26, 2017

3a.    Plaintiff sought employment from the defendant or was employed by the defendant at __2151 South Lamar_____(street address), (city), __Austin, Texas____(state), __78704_____(zip).

3b.    At all relevant times of claim of discrimination, Defendant employed __unknown__ (#) employees.   If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4.    Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _____(month) _____(day) ____ (year).   If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: August 1, 2012 - present_____
.

5.    Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about September__ (month) __28_____(day) __2016_____(year).   (Not applicable to federal civil service employees).

6a.    The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on . (month) _May 18_____(day) __2018_____(year).   (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**    **PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.**

6b.    Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ x ] Yes
[    ] No

**VERY IMPORTANT NOTE:**    **IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT**

7.    Because of plaintiff's:

**(Please select the applicable allegation(s))**

[ x ]    Race (If applicable, state race) _Black/African-American_____

[    ]    Color (If applicable, state color) _____

[ x ]   Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim) gender
[   ]   Religion (If applicable, state religion) _____

[   ]   National Origin (If applicable, state national origin) _____

[   ]   Age (If applicable, state date of birth) _____

[   ]   Disability (If applicable, state disability) _____

[ x ]   Prior complaint of discrimination or opposition to acts of discrimination.
        (Retaliation) (If applicable, explain events of retaliation) sought to block Plaintiff's employment
        repeatedly, prior EEOC complaint filed
            The defendant:   **(please select all that apply)**

[ x ]   failed to employ plaintiff.

[   ]   terminated plaintiff's employment.

[   ]   failed to promote plaintiff.

[ x ]   harassed plaintiff.

[ x ]   other (specify) Defendant has repeatedly practiced a pattern of discrimination, Defendant
        has subjected African-Americans to harmful conditions he does not subject non-African-Americans
        to, Defendant has involved others to do the same.

8a.     State **specifically** the circumstances under which defendant, its agent, or employees
        discriminated against plaintiff **PERSONALLY:**

**VERY IMPORTANT NOTE:**          **INCLUDE** <u>**SPECIFIC DATES**</u>, <u>**SPECIFIC EVENTS,**</u>
                                  **AND ANY** <u>**SPECIFIC COMMENTS**</u> **MADE BY**
                                  **DEFENDANT PERTAINING TO THE**
                                  **DISCRIMINATION CLAIM ALLEGED ABOVE.**

On September 28, 2016, I applied for the Field Organizers position posted on Craigslist by Defendant. I was to interview with the field dir
_____
.

8b.     List any **witnesses** who would testify for plaintiff to support plaintiff's allegations
        and the substance of their testimony:

Alana *, Whitney *, and others formerly of the Travis County Democratic Coordinated Campaign
_____
.

8c.     List any **documentation** that would support plaintiff's allegations and explain what
        the documents will prove:   Defendant(s) is a City of Austin employee and his and her communications are subject
to open records. Defendant has publically stated this and has admitted to using city resources. Jim.Wick@AustinTexas.gov,
Jim.Wick@Ci.Austin.Tx.us, Jim@MoveAustinForward.org, JimAWick@gmail.com, Patrick@MoveAustinForward.org,

Laura@MoveAustinForward.org, hernandez@affordablectx.org, LHernandez14@gmail.com,

**30**

9.    The above acts or omissions set forth in paragraphs 7 and 8 are:

[ x ]    still being committed by defendant.
[   ]    no longer being committed by defendant.

10.    Plaintiff should attach to this complaint a copy of the charge filed with the Equal
Employment Opportunity Commission.  This charge is submitted as a brief
statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[   ] Defendant be directed to employ plaintiff.

[   ] Defendant be directed to re-employ plaintiff.

[   ] Defendant be directed to promote plaintiff.

[x ] Defendant be directed to ~~receive anti-discrimination and sexual harassment training, post an anti-discrimination notice at the~~
~~workplace, report compliance to the EEOC for a three-year period, correct~~ discriminatory
acts, and that the Court grant such other relief as may be appropriate, including injunctive
orders, damages, costs and attorney's fees. take stronger initiatives against discrimination and reducing disparities;
that Wick, Hernandez and McDonald be investigated and disciplined for their conduct, and the City review any decisions made by them or
their influence for possible discrimination.

I declare (or certify, verify, or state) under penalty of
perjury that the foregoing is true and correct.

June 11, 2018
Date

*[signature]*

Signature of Plaintiff

3405 Texas Topaz Drive
Address of Plaintiff

| Austin | Texas | 78728 |
|--------|-------|-------|
| City   | State | Zip Code |

Telephone Number(s)

Rev. Ed. October 26, 2017

8 A.

On September 28, I applied for a job that was advertised on Austin's Craigslist for a Field Organizer position for MOVE Austin Forward. The ad specifically stated "Disclaimer: Only applicants with a functional email inbox/outbox who have forwarded their resume will be hired." and I emailed the ad as requested and then promptly did a follow up phone call that very same day in which the Field Director Patrick McDonald picked up the phone. He initially said he hadn't received my resume, but was going to check his inbox again while speaking to me, so I then re-sent it to his specific email address that he then told me was Patrick@MoveAustinFoward.org (Exhibit 5). He said my resume looked impressive and wanted me to come in for an interview at 2121 South Lamar Blvd, Austin, Texas 78704 the next day. I said I would be available and would see them there and asked for any specific landmarks nearby so I could get a general gist and he told me the intersection that was closet and that he was looking forward to seeing me since my resume was impressive and I had a lot of skills. Less than ten minutes afterwards, he called me back and said that I didn't have to come in. He had spoken to the Finance Director, who I at the time did not know who this person was but was later determined to be Laura Hernandez, and she had said that they didn't have a budget to accommodate to hire additional people. They were already maxed out and they couldn't hire me, He said my resume was impressive and apologized for any inconvenience it caused. I later found out that the Campaign Director was Jim Wick, a past employer and supervisor when I was at the Coordinated Campaign. Wick has discriminated against Blacks and holds very racist views. While he was the Director of the Coordinated Campaign at the Travis County Democratic Party he conducted illegal background checks on Black employees that he didn't subject the non-Black employees to and disclosed both sensitive and confidential information to both employees and the Public not knowing that a non-Black employee whom he promoted to a Field Director position had the longest criminal history and most convictions. He fired a Black woman with more education and experience than himself instead of accepting her resignation for a position and badmouthed her to other employees and the Public. He passed up another Black woman with more education and experience than himself for a Field Director position while promoting that non-Black person with the longest criminal history and most convictions that he failed to do a background check on to a Field Director position.  He has used City of Austin resources and time to conduct personal business, threatened and has used the City of Austin attorneys for personal reasons, and has failed to disclose this ongoing investigation and potential impact litigation to the Mayor's office. His behavior has no bounds. Coworkers at the Coordinated Campaign mentioned it which was unprofessional and hurt morale. I had strong references and high results with high contacts meeting my goals daily while others did not. Despite this I managed to work hard, and sought positions shortly thereafter, two employers who interviewed me mentioned Jim Wicks' references. His retaliation continued with him giving me negative references and trying to smear my name in the field and damage my reputation. He later obtained a job that was created for him as the City of Austin's Community Engagement Director for the Department of Community Engagement. I finally told him that I knew what he did. Please refer to the following for additional information:

**Prior EEOC Charge No.: 451-2014-01437:**
"Jim Wick already had my resume from a former campaign. Although I along with my teammates were the highest performers we were treated disparagingly because we were Black. Wick went so far as to discuss a court case of mine that I never disclosed to him to the staff and other teams which was highly inappropriate. Nathaniel Opara whom Wick talked illegal and negatively about me to has the contact information for Alana and Whitney. Race was a factor. Jim Wick doing a background check on me without checking on the backgrounds of the others is against EEOC guidelines and disclosing the results and making judgments on me and informing others was wrong. That was discrimination too. Jim Wick discussing personal details that

were not disclosed and were not disclosed to coworkers, teammates, and staff was offensive. Wick personally told me that as a Black person he found me to be abrasive and didn't like the Black team to speak to other candidates. Alana who left for a higher and better position was also discussed badly. Mind you most of the Blacks had more credentials and experience that Jim Wick. I do not appreciate him stereotyping me as a Black person that way. There are four witnesses cited below. Jim Wick still had my resume from a former position and is still making negative references of me according to Logan Dunning. Nathaniel Opara (Black male), 4601 Castleman Dr, Austin, TX 78725-1719, Phone: 512-276-7559 or 512-494-6580, Alana (Black woman), 3000 South IH-35, Ste 175, Austin, TX 78704-6536, Phone: (512) 448-0130, Whitney (Black woman), Logan Dunning (White male), Phone: 254-931-3494"


Laura Hernandez had been the Finance Director for the Coordinated Campaign and she and Jim worked closely together and enjoyed a close bond which they would often display. He had also discussed my background with her, and she had often tipped him off if I was present at a function as a warning which I had caught her doing which she embarrassingly tried to make "nicely" for doing so.

I later determined that Laura Hernandez was the "Finance Director" that Patrick McDonald spoke about. She is listed on the website for MoveAustinForward.com as Deputy Campaign Manager and Finance Director. I later found out that Jim Wick was the Campaign Director as listed on the website too. (Exhibit 2) I called Austin 311 which is the City directory (They can also be reached at 512.974.2000) and the information specialist confirmed that Jim Wick still works as the Community Engagement Director in the Community Engagement Department for the City of Austin as of 10/14/2016. She said his work phone number at the City of Austin is 512.978.2126. I later found out that the reason why Patrick McDonald had not initially received my resume was because as I had suspected Jim Wick had prevented him from doing so. His email address is listed as the direct contact for the website and Austin Craigslist ad. (Exhibit 3)

I believe this was racial discrimination and retaliation. I have been subjected to mistreatment that non-Black employees were not subjected to. He has treated me differently than non-Black applicants. He has retaliated against me repeatedly and has made threats towards me. He is in a position of power to use government resources which he has abused. (Exhibit 4)

Exhibit 1: Advertisement on Austin Craigslist for position for Field Organizers

Exhibit 2: Contact information for Move Austin Forward show staff names, titles, and contact information. Jim Wick is listed as Campaign Manager. Laura Hernandez is listed as Deputy Campaign Manager and Finance Director.

Exhibit 3: The Registrar for the domain name of "MoveAustinForward.org" is Jim (Anderson) Wick, and the emails for the contact of the website and Austin Craigslist ad is JimAWick@gmail.com

Exhibit 4: Online threat made by Jim Wick

Exhibit 5: Cover letter and Resume attached re-sent (forwarded) this time directly to Patrick McDonald's email address Patrick@MoveAustinFoward.org The initial email address went to an Austin's Craigslist address that was later determined to be Jim Wick's email address which is also the website's domain address.

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Margaret R. Haule
P.O. Box 163014
Austin, TX 78716

From: San Antonio Field Office
5410 Fredericksburg Rd
Suite 200
San Antonio, TX 78229

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2017-00136 | CESAR O. OSTOLAZA, Investigator | (210) 281-7620 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

_____   5/17/2018

for  **Travis G. Hicks,**
**Director**

(Date Mailed)

Enclosures(s)

cc:     **Jim Wick**
**Campaign Manager**
**MOVE AUSTIN FORWARD**
P.O. Box 302854
Austin, TX 78703



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio Field Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
San Antonio Status Line: (866) 408-8075
San Antonio Direct Dial: (210) 281-2550
TTY (210) 281-7610
FAX (210) 281-2522
Website: www.eeoc.gov

May 15, 2018

Margaret R. Haule
P.O. Box 163014
Austin, TX 78716

Re:    Charge No. 451-2017-00136

Respondent: MOVE AUSTIN FORWARD

Dear Ms. Haule

This is to advise that we have made the decision to dismiss your Charge of Discrimination against MOVE AUSTIN FORWARD. Our assessment of your charge included careful consideration of all the information offered by you and the employer.

Our review of all of the available evidence indicates that it is unlikely that further investigation will establish a violation of the laws we enforce. This evidence is insufficient to establish that your race and retaliation were factors in your employment experiences.

Accordingly, we decline to take further action on the charge. The enclosed **Dismissal and Notice of Rights** represents a final determination by the U.S. Equal Employment Opportunity Commission (EEOC) and describes your right to pursue the matter by filing a lawsuit within ninety (90) days of your receipt of this notice. If you fail to file a lawsuit within the statutory ninety-day period, your right to sue in federal court will expire and cannot be restored by EEOC. You may wish to consider consultation with private counsel who specializes in employment law for an assessment of your circumstances and the likelihood of prevailing in any litigation you might initiate.

Sincerely,

Travis G. Hicks
Director

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN ANTONIO FIELD OFFICE
5410 FREDERICKSBURG ROAD SUITE 200
SAN ANTONIO, TX 78229-3555

SAN ANTONIO
TX 780
AN EQUAL OPPORTUNITY EMPLOYER
PM 2 L

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.490
02 1P
0000805338   MAY 18 2018
MAILED FROM ZIP CODE 78229

Margaret R. Haule
P.O. Box 163014
Austin, TX 78716

78716-301414

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **451-2017-00136** |

| **Texas Workforce Commission Civil Rights Division** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Margaret R. Haule** | **(512) 329-8908** | **02-27-1980** |

| Street Address | City, State and ZIP Code |
|---|---|
| **P.O. Box 163014, Austin, TX 78716** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **MOVE AUSTIN FORWARD** | **Unknown** | **(512) 633-2251** |

| Street Address | City, State and ZIP Code |
|---|---|
| **Po Box 302854, Austin, TX 78703** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **09-28-2016**   Latest **09-28-2016**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I applied for the Field Organizers position posted on Craigslist by Respondent. I was to interview with the field director but was later called by the field director and my interview was cancelled.**

**I believe I have been discriminated against and then retaliated against due to my race/African American in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X _____<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

PRIVACY ACT STATEMENT:  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.    FORM NUMBER/TITLE/DATE.  EEOC Form 5, Charge of Discrimination (11/09).

2.    AUTHORITY.  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.    PRINCIPAL PURPOSES.  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.    ROUTINE USES.  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.    WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Antonio Field Office**

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
San Antonio Status Line: (866) 408-8075
San Antonio Direct Dial: (210) 281-2550
TTY (210) 281-7610
FAX (210) 281-2522

October 18, 2016

Margaret R. Haule
P.O. Box 163014
Austin, TX 78716

Re: EEOC Charge:    451-2017-00136
    Charging Party:  Margaret R. Haule
    Respondent:      MOVE AUSTIN FORWARD

Dear Margaret R. Haule:

This letter is with reference to the recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

    [X]     Title VII of the Civil Rights Act of 1964 (Title VII)

    []     The Age Discrimination in Employment Act (ADEA)

    []     The Americans with Disabilities Act (ADA)

    []     The Equal Pay Act (EPA)

    []     The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, was drafted based on the information provided. Because the document that was submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge. Before we investigate the charge, however, you must sign and return the enclosed Form 5.

To enable proper handling of this action by the Commission, you should:

    1. Review the enclosed charge form. If there are any minor corrections to be made on the charge form, (for example, corrections regarding a date, name, address, or a couple of words), please make the corrections by crossing out the incorrect information. Then insert the correct information above or below the information which was marked out, and initial by each of the changes. If there are more substantial corrections, please contact me before correcting, signing and returning the charge form, so that I can determine if there is a need to revise the charge on the computer and mail it to you for signature. If there are no more corrections to be made or if only minor changes were made and initialed, proceed to the next step.

    2. Sign and date the charge in the bottom left hand block where I have made an "X". Please sign and date all pages as indicated. For filing a charge in the federal EEOC office, no

notary is required.  For purposes of meeting the deadline for filing a charge, the date of the original signed document will be retained as the original filing date.

3. Return the signed charge to this office.

Before we initiate an investigation, we must receive the signed Charge of Discrimination (EEOC Form 5).  Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days, or receive the signed charge within 30 days, we are authorized to dismiss the charge and issue a right to sue letter allowing you to pursue the matter in federal court.

After we receive the signed charge, the EEOC will send a copy of the charge to the state Fair Employment Practice Agency (FEPA), the Texas Workforce Commission/Civil Rights Division (TWCCRD), for dual filing purposes.  Therefore, it is not necessary to file a charge with the TWCCRD, as only one agency will investigate the charge.

Please refer to the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge, or visit our office. Please also notify this office of any change in your address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Please bear in mind that based on the information you have provided it is unlikely the EEOC will investigate you charge of discrimination and it will be dismissed.  If your charge is dismissed, the final determination you will receive from us will explain that while we are not certifying that the employer is in compliance with the laws we enforce, we have determined that no further administrative action on the charge is warranted. The dismissal notice will represent a final determination by the U.S. Equal Employment Opportunity Commission (EEOC) and will describe your right to pursue the matter by filing a lawsuit in federal court within ninety (90) days of your receipt of the dismissal notice.  If you fail to file a lawsuit within the statutory ninety-day period following your receipt  of our dismissal notice,  your right to sue in federal court will expire and cannot be restored by the EEOC.

Sincerely,

Sybil L. Edwards
Investigator
(210) 281-7654
sybil.edwards@eeoc.gov

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination
    Copy of EEOC Uniform Brochure, "What to Do After You Have Filed A Charge With EEOC"
    EEOC Business Reply Envelope