IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION



| | | |
|---|---|---|
| MARGARET HAULE,<br>Plaintiff | § § § § | |
| V. | § § | 1:18-CV-494-RP-ML |
| MOVE AUSTIN FORWARD<br>Defendants | § § § § § | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

TO THE HONORABLE COURT:

Comes now Margaret Haule, Plaintiff in the above entitled and numbered cause, and files this Motion for Default Judgment in the above titled clause:

Plaintiff's motion is filed pursuant to Federal Rules of Civil Procedure under Rule 55. Defendant Move Austin Forward has failed to enter a pleading in regards to the above titled cause.

**PRAYER**

Wherefore, Plaintiff respectfully requests motion for default judgment, and Plaintiff receives all kinds of relief including but not limited to equitable remedies: probability and mandatory, declaratory relief, injunctive relief, future damages, back pay and front pay, monetary relief,

compensatory relief, punitive relief, other and additional relief, general or specific, at law or in equity, to which, I, Margaret Haule, am entitled to.


Respectfully Submitted,

*[signature]*
-------------------------------------

Margaret Haule, 3405 Texas Topaz Drive, Austin, Texas 78728


Filed this September 10, 2018

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email to:

Jim Wick
Executive Director Move Austin Forward
2121 South Lamar Boulevard
Austin, Texas 78704
Jim@MoveAustinForward.org
512.633.2251