IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARGARET HAULE, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:18-CV-494-RP |
| MOVE AUSTIN FORWARD, | § § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

On April 6, 2020, the Court granted Defendant Move Austin Forward's ("AF")[1] Motion for Summary Judgment, (Dkt. 29). The Court's order resolved all of the claims Plaintiff Margaret Haule brought against AF in this case.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all parties shall bear their own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on April 6, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] AF states that it was "erroneously designated" "Move Austin Forward." (1st Mot. Dismiss, Dkt. 13, at 1).